1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

FILED

APR 22 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE:                          )   CR NO. S-02-214 GEB
                                )
     [SEALED]                   )   ORDER
                                )
_____)

   The government's motion pursuant to Fed.R.Crim.P. 35(b), and the court's order sealing this motion, are hereby SEALED until further order of this court, except for copies for use by the United States.  The Clerk of Court may not unseal and release these documents without first contacting the United States Attorney.

DATED:  4-22-05

_____
THE HONORABLE GARLAND E. BURRELL
United States District Judge