**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**          ) | |
| ) | |
| vs.          ) | **Docket Number:  2:02CR00214-02** |
| ) | |
| **Steven Lee PETERSON**          ) | |
| ) | |

**LEGAL HISTORY:**

On March 28, 2003, the above-named was sentenced to 84 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 96 months, which commenced on November 1, 2005, in the Northern District of California. Special conditions included: Warrantless search; Financial disclosure; Drug/alcohol treatment program/testing; Co-payment for treatment/testing; Abstain from alcohol and alcohol restrictions; and Register as a drug offender. On March 7, 2006, supervision was transferred to the District of Nevada. Since December, 2008, he has been supervised on a courtesy basis by the Southern District of California Probation Office.

**SUMMARY OF COMPLIANCE:**

His last transfer back to California was to receive medical treatment at UCLA for cirrhosis of the liver and gallbladder complications, both of which are very serious medical issues. He has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Peterson has derived maximum benefit from supervision and is not in need of continued supervision.

RE:     Steven Lee PETERSON
        Docket Number:  2:02CR00214-02
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,


                              /s/ Deborah A. Spencer
                              **DEBORAH A. SPENCER**
                              **Supervising United States Probation Officer**

Dated:      July 2, 2009
            Elk Grove, California
            DAS/cj


cc:     AUSA Kenneth J. Melikian (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:02CR00214-02** |
| ) | |
| **Steven Lee PETERSON** ) | |
| ) | |

On November 1, 2005, the above-named was placed on Supervised Release for a period of 96 months in the Northern District of California. On March 7, 2006, supervision was transferred to the District of Nevada. Since December, 2008, he has been supervised on a courtesy basis in the Southern District of California. His transfer back to California was to receive medical treatment at UCLA for cirrhosis of the liver and gallbladder complications. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

Dated:   July 2, 2009
         Elk Grove, California
         DAS/cj

**RE:   Steven Lee PETERSON**
      **Docket Number:  2:02CR00214-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  July 23, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

DAS/cj

Attachment:  Recommendation

cc:    United States Attorney's Office